IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No.  06-cv-02052-ZLW-CBS

STACY LYNN FOSTER,

    Plaintiff,

v.

KEVIN M. DOUGHERTY, Sheriff of Teller County, and
DEPUTY DOUG ZUREK,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Extend Expert Disclosure Deadline (*doc. no. 16)* is **GRANTED**.  The deadline for Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to on or before **May 15, 2007**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**    April 26, 2007