IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02052-ZLW-CBS

STACY LYNN FOSTER,

      Plaintiff,

v.

KEVIN M. DOUGHERTY, Sheriff of Teller County, and
DEPUTY DOUG ZUREK,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Withdraw Motion to Strike Plaintiff's Disclosure of Expert Testimony (*doc. no. 39*) is **GRANTED**.

      IT IS FURTHER ORDERED that Defendants' Motion to Strike Plaintiff's Disclosure of Expert Testimony (*doc. no. 31*) is **DENIED**, as withdrawn and the August 13, 2007, hearing is **VACATED**.

**DATED:**    July 18, 2007