IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02052-ZLW-KLM

STACY LYNN FOSTER,

     Plaintiff,

v.

KEVIN M. DOUGHERTY, Sherif of Teller County, and
DEPUTY DOUG ZUREK,

     Defendant(s).

_____

## MINUTE ORDER

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter comes before the Court on the Defendants' **Motion to Compel** [Doc. No. 24; filed May 8, 2007] (the "Motion").

     In light of the hearing before Magistrate Judge Shaffer on June 6, 2007, this Motion is deemed **GRANTED**, with the conditions set forth in the Minute Order dated June 6, 2007.

Dated:  September 26, 2007