IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02052-ZLW-KLM

STACY LYNN FOSTER,

    Plaintiff,

v.

KEVIN M. DOUGHERTY, Sherif of Teller County, and
DEPUTY DOUG ZUREK,

    Defendant(s).

_____

**MINUTE ORDER**

_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on the Parties' **Stipulated Motion for Order Directing the Production of Records** [Docket No. 48; filed September 25, 2007] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED.** The Court does not have authority to direct non-parties to produce documents. If the Parties wish to establish guidelines for protection of documents produced in the litigation, they should submit a Stipulation to Enter Protective Order and an appropriate form of order for the Court's consideration.

    Dated: September 28, 2007